UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISIONS


IN RE:                          ) Case Nos.   CR126-006, USA v. Tucker
OF ABSENCE REQUEST              )             CR126-027, USA v. Sturgis
                                )             CR121-028, USA v. Tolbert
                                )
KEITH BERNARD JOHNSON           )


## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Keith Bernard Johnson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Keith Bernard Johnson** be granted leave of absence for the following period:  July 13, 2026 through July 20, 2026.

**SO ORDERED**, this _15th_ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA